IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CEDRIC DEWAYNE McNEAL, <br> TDCJ-CID No. 02317254, <br><br> Plaintiff, <br><br> v. <br><br> DAN SCHAAP, *et al.*, <br><br> Defendants. | 2:24-CV-231-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case as three-strikes barred. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 5. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** as three-strikes barred.

**SO ORDERED.**

November 25, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE